In the Matter of the Arbitration between MOTOR HAULAGE COMPANY, INC., Respondent, and JOHN STRONG, as President of Local Union No. 807, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, et al., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

THE FRICK COLLECTION et al., Respondents, v. NATHANIEL L. GOLDSTEIN, as Attorney-General of the State of New York, Respondent, and HELEN C. FRICK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See 275 App. Div. 709.]

ANNA GOLDBLATT, as Administratrix of the Estate of MAX GOLDBLATT, Deceased, Respondent, v. ANTONIO TABACCO et al., Defendants, and CORBETTA CONSTRUCTION CO., INC., Appellant.— The alleged negligence of the driver of the automobile of the Corbetta Construction Co., Inc., in parking over the white line was not, in our opinion, the proximate cause of the accident. Judgment as to that defendant unanimously reversed and the complaint dismissed, with costs to the appellant. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

In the Matter of WILLIAM MOORE, Petitioner, against JOHN F. O'CONNELL, as Chairman of the New York State Liquor Authority, Respondent.— Determination confirmed, with $50 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.; Glennon and Cohn, JJ., dissent and vote to annul the order of suspension.

In the Matter of ARTHUR FEHRBERG, Appellant, against MAURICE FINKELSTEIN et al., Constituting the Temporary City Housing Rent Commission of the City of New York, Respondents.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the application of petitioner remanded to the Temporary City Housing Rent Commission for a full and proper hearing. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN PETERS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

ANTHONY ACCEWICZ, Respondent, v. RISS & CO., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of the Estate of WILLIAM GERGELY, Deceased. PAUL HOLLOS, as Ancillary Administrator with the Will Annexed of WILLIAM GERGELY, Deceased, Respondent; KUHN, LOEB & CO., Defendant; IRENE PICK, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of the Application of EDMOND WEIL, INC., Appellant. H. PEERMOHAMED KHUDABUKHSH, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 275 App. Div. 697.]

CAPITOL WINE & SPIRIT CORP., Appellant, v. LOUIS I. POKRASS et al., Respondents.— Order entered June 10, 1948, so far as appealed from, granting plaintiff an examination of defendants on some items and denying others, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.